UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUNDANCE REHABILITATION
CORP.,

        Plaintiff,

   v.

WHISPERING HOPE CARE
CENTER, INC.

        Defendant.

_____/

NO. Civ. S-12-2522 LKK/KJN

**AMENDED
ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than ninety (90) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

      IT IS SO ORDERED.

      DATED:  September 18, 2013.


                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT