**BRYAN CAVE LLP**
Adam Brezine, California Bar No. 220852
560 Mission Street, 25th Floor
San Francisco, California 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
E-Mail:   adam.brezine@bryancave.com

Attorneys for Plaintiff
SUNDANCE REHABILITATION CORP.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SUNDANCE REHABILITATION CORP.<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>WHISPERING HOPE CARE CENTER, INC.<br><br>　　　　Defendant. | Case No.  2:12-cv-02522-LKK-KJN<br><br>**JUDGMENT**<br><br>[Assigned to the Honorable Lawrence K. Karlton]<br><br>[Filed Concurrently with Notice of Motion and Motion for Entry of Judgment; and Declaration of Herbert R. Giorgio]<br><br>Date/Time: TBD<br>Courtroom: 4 |

The parties hereto having agreed to a settlement between them, as identified by a Settlement Agreement and Release dated September 24, 2013 ("Agreement"), and by the filing of a Notice of Settlement filed September 11, 2013.  *See Dckt* No. 24.

Defendant Whispering Hope Care Center, Inc., having failed to comply with the terms of the Agreement, and having agreed to entry of this judgment pursuant to the terms of the Agreement, is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff SunDance Rehabilitation Corporation shall recover from Defendant Whispering Hope Care Center, Inc. the sum of $463,978.17, together with interest thereon at the rate of eighteen percent (18%) per annum; and

2. Plaintiff SunDance Rehabilitation Corporation shall recover from Defendant Whispering Hope Care Center, Inc., its attorneys' fees and costs incurred in connection with the entry of this judgment and any post-judgment collection activities, together with interest thereon at the rate of eighteen percent (18%) per annum, such fees, costs, and interest to be determined at a later date.

**IT IS SO ORDERED.**

DATED:  January 6, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

We hereby consent to entry of this Judgment:

DATED:  November 4, 2013

**BRYAN CAVE LLP**

By:  /s/ Adam Brezine
    Adam Brezine
    Attorneys for Plaintiff
    Sundance Rehabilitation Corp.

IR01DOCS\670814.1

1

JUDGMENT - CASE NO. 2:12-CV-02522-LKK-KJN

1

2  We hereby consent to entry of this Judgment:

3  DATED:  November 4, 2013

4  **BRYAN CAVE LLP**

5  By:  /s/ Adam Brezine

6  Adam Brezine
   Attorney-In-Fact for Defendant
7  Whispering Hope Care Center, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28